

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2021

No. 04-19-00403-CV

**THE TEXAS BRANDON CORPORATION, INC.** and Ronald R. Wilson,
Appellants

v.

**EOG RESOURCES, INC.** and Fred Levine,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Beth Watkins, Justice

On December 9, 2020, we issued an opinion and judgment in Cause Number 04-19-00403-CV which affirmed the trial court's judgment in its entirety. Because no party timely filed a motion for rehearing or motion for reconsideration en banc, our plenary power to vacate or modify our December 9, 2020 judgment expired on March 1, 2021. Tex. R. App. P. 19.1, 19.3. On May 4, 2021, we issued our mandate in this case. Tex. R. App. P. 18.1.

On December 2, 2021, appellants filed a "Brief on the Merits" asking us "to reverse the judgment of the trial court and grant to the Plaintiff's [*sic*] Final Judgment." Because our plenary power in Cause Number 04-19-00403-CV has expired, we no longer have jurisdiction to review the trial court's judgment in that appeal. *Id.* R. 19.3; *Real Prop. Located at 404 Fuller Str., Kerrville, Kerr Cty. v. State*, No. 04-21-00016-CV, 2021 WL 1110530, at *1 (Tex. App.—San Antonio Mar. 24, 2021, no pet.) (mem. op.). Accordingly, the brief appellant filed on December 2, 2021 in Cause Number 04-19-00403-CV is **STRICKEN**.

It is so **ORDERED** on December 10, 2021.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT